# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gillmor, Helen | U.S. District Court | 05/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

300 Ala Moana Blvd
Room C-400
Honolulu, Hawaii 96850

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Hawaii Women's Legal Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01-05/2011 | (01/01/2011-05/31/2011) |
| 2. 06-12/2011 | Pension (06/01/2011-12/31/2011) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | October 27-28, 2011 | Orlando, Florida | Speaker | Airfare, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Charles Schwab | | | | | | | | | |
| 2. Aecom Tech | | None | J | T | | | | | |
| 3. Apollo Inv | B | Dividend | J | T | | | | | |
| 4. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 08/30/11 | J | | |
| 5. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 12/28/11 | J | | |
| 6. Banco Santander | | None | J | T | | | | | |
| 7. Chesapeake Energy | A | Dividend | J | T | Buy | 11/15/11 | J | | |
| 8. Chesapeake Energy | A | Dividend | J | T | Sold (part) | 03/16/11 | J | A | |
| 9. Chicos Fas | A | Dividend | J | T | | | | | |
| 10. CIFC Deerfield (fka Deerfield Triac) | | None | J | T | | | | | |
| 11. Cisco Systems | A | Dividend | J | T | | | | | |
| 12. Citigroup | A | Dividend | J | T | | | | | |
| 13. Commonwealth REIT (fka HR Property Trust) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 14. Commonweath REIT | A | Dividend | J | T | Buy (add'l) | 08/22/11 | J | | |
| 15. Commonwealth REIT | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 16. Cohen & Steers REIT | C | Dividend | K | T | | | | | |
| 17. Co. Vale de Rio | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Conoco Phillips | A | Dividend | J | T | | | | | |
| 19. Deerfield Triarc (now CIFC Deerfield) | | None | J | T | | | | | |
| 20. Diana Shipping | | None | J | T | | | | | |
| 21. Exxon Mobil | A | Dividend | K | T | | | | | |
| 22. Freeport McMoran | A | Dividend | J | T | | | | | |
| 23. Frontier Com | A | Dividend | J | T | Buy | 03/03/11 | J | | |
| 24. Frontier Com | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 25. Frontier Com | A | Dividend | J | T | Buy (add'l) | 03/29/11 | J | | |
| 26. Frontier Com | A | Dividend | J | T | Buy (add'l) | 04/19/11 | J | | |
| 27. Frontier Com | A | Dividend | J | T | Buy (add'l) | 06/28/11 | J | | |
| 28. Goldman Sachs | A | Dividend | K | T | | | | | |
| 29. Haliburton | | None | J | T | | | | | |
| 30. Haliburton | | None | J | T | Sold (part) | 03/28/11 | J | | |
| 31. Haliburton | A | Dividend | J | T | Sold | 07/18/11 | J | B | |
| 32. HR Property Trust (now Commonwealth REIT) | B | Dividend | J | T | | | | | |
| 33. Prestige Brands | | None | J | T | | | | | |
| 34. Raytheon Corp | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Raytheon Corp | | | J | T | Sold (part) | 12/30/11 | J | A | |
| 36. Raytheon Corp | A | Dividend | J | T | Sold (part) | 12/30/11 | J | A | |
| 37. Ruth Chris Steakhouse | | None | J | T | | | | | |
| 38. Thornberg Mtge | | None | J | T | | | | | Became Valueless |
| 39. Windstream | | | J | T | Sold | 05/10/11 | J | A | |
| 40. Baton Asset Fund | B | Distribution | K | T | | | | | |
| 41. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 42. James Fund | B | Distribution | K | T | | | | | |
| 43. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 44. Brokerage Money Market Fund | A | Distribution | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 47. Money Market Fund | A | Distribution | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 50. Scopia PX LLC | C | Distribution | M | T | | | | | |
| 51. IRA # 2, Charles Schwab | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Abbot Labs | | | K | T | Buy | 01/05/11 | J | | |
| 53. Abbot Labs | | | J | T | Sold (part) | 01/20/11 | J | A | |
| 54. Abbot Labs | A | Dividend | J | T | Sold | 06/17/11 | J | A | |
| 55. Advent Claymore ENHCD Fund | B | Dividend | J | T | | | | | |
| 56. Advent Claymore | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 57. Advent Claymore | A | Dividend | J | T | Buy (add'l) | 03/18/11 | J | | |
| 58. Advent Claymore | A | Dividend | J | T | Buy (add'l) | 06/03/11 | J | | |
| 59. Advent Claymore | A | Dividend | J | T | Buy (add'l) | 07/08/11 | J | | |
| 60. Apollo Inv | A | Dividend | J | T | | | | | |
| 61. Ares Capital | A | Dividend | J | T | Buy | 06/28/11 | J | | |
| 62. Ares Capital | A | Dividend | J | T | Buy (add'l) | 08/25/11 | J | | |
| 63. Brasil Telecom | A | Dividend | J | T | | | | | |
| 64. Blackrock Kelso | A | Dividend | J | T | | | | | |
| 65. Blackrock Kelso | A | Dividend | J | T | Buy (add'l) | 03/09/11 | J | | |
| 66. Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 67. Cohen & Steers REIT | | | J | T | Sold (part) | 03/21/11 | J | | |
| 68. Commonwealth REIT | A | Dividend | J | T | Buy | 04/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Commonwealth REIT | A | Dividend | J | T | Buy (add'l) | 12/07/11 | J | | |
| 70. Compass Diversified | A | Dividend | J | T | Buy | 06/20/11 | J | | |
| 71. Compass Diversified | A | Dividend | J | T | Buy (add'l) | 11/17/11 | J | | |
| 72. Invesco Corp | A | Dividend | J | T | | | J | | |
| 73. Palomar Med Tech | | None | J | T | | | | | |
| 74. Peabody Energy | A | Dividend | K | T | | | | | |
| 75. Peabody Energy | | | J | T | Sold (part) | 03/16/11 | J | B | |
| 76. Peabody Energy | | | J | T | Sold (part) | 03/23/11 | J | C | |
| 77. Sears Holdings | | None | K | T | | | | | |
| 78. Thornberg Mortgage | | None | J | T | | | | | Became Valueless |
| 79. Turkish Inv Fund | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 80. USG Corp | | None | J | T | | | | | |
| 81. Cohen & Steers Intl REIT | A | Distribution | J | T | | | | | |
| 82. Money Market Fund | A | Distribution | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 85. AT & T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | American Capital | | None | J | T | Buy | 11/12/11 | J | | |
| 87. | Commonwealth REIT (fka HR Property Trust) | A | Dividend | J | T | | | | | |
| 88. | Commonwealth REIT (fka HR Property Trust) | A | Dividend | J | T | Buy (add'l) | 03/11/11 | J | | |
| 89. | Savient Pharm | | None | J | T | | | | | |
| 90. | Brokerage Money Market | A | Distribution | J | T | | | | | |
| 91. | | | | | | | | | | |
| 92. | Trust # 1, Keybank Agency | | | | | | | | | |
| 93. | Abbott Labs | A | Dividend | J | T | | | | | |
| 94. | Amazon | | None | J | T | Buy | 11/29/11 | J | | |
| 95. | Altera Corp | A | Dividend | J | T | | | | | |
| 96. | Amgen Inc. | | None | J | T | | | | | |
| 97. | Andarko Pete | A | Dividend | J | T | | | | | |
| 98. | Annaly Cap Mgmt | B | Dividend | K | T | | | | | |
| 99. | Applied Materials | A | Dividend | J | T | | | | | |
| 100. | AT & T | A | Dividend | J | T | | | | | |
| 101. | Bank of Nova Scotia | A | Dividend | J | T | | | | | |
| 102. | CVS/Caremark | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Celegene | | None | J | T | | | | | |
| 104. Centurylink, Inc.(fka CenturyTel) | A | Dividend | J | T | | | | | |
| 105. Derve & Co | A | Dividend | J | T | Buy | 11/29/11 | | | |
| 106. Devon Energy | A | Dividend | K | T | | | | | |
| 107. Disney Co. | A | Dividend | J | T | Buy | 11/29/11 | | | |
| 108. Direct TV | | None | J | T | Buy | 11/29/11 | | | |
| 109. DuPont Chem | A | Dividend | J | T | | | | | |
| 110. Emerson Elec | | | K | T | Sold | 11/29/11 | K | D | |
| 111. Exxon Mobil | A | Dividend | K | T | | | | | |
| 112. Forest Labs | | None | J | T | | | | | |
| 113. Freeport McMoran | | None | J | T | | | | | |
| 114. General Electric | A | Dividend | J | T | | | | | |
| 115. General Mills | A | Dividend | J | T | | | | | |
| 116. Honeywell Inc | A | Dividend | J | T | | | | | |
| 117. IBM | A | Dividend | K | T | | | | | |
| 118. Intel Corp | A | Dividend | J | T | | | | | |
| 119. JP Morgan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Lowes Corp | A | Dividend | J | T | | | | | |
| 121. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 122. MetLife | A | Dividend | J | T | Buy | | | | |
| 123. 3M Co | A | Dividend | K | T | | | | | |
| 124. Oracle Corp | A | Dividend | J | T | | | | | |
| 125. Pepsico | A | Dividend | J | T | | | | | |
| 126. Praxair Inc. | | | K | T | Sold | 11/29/11 | K | E | |
| 127. Procter and Gamble | A | Dividend | K | T | | | | | |
| 128. Southern Co | A | Dividend | J | T | | | | | |
| 129. Target Corp | A | Dividend | J | T | | | | | |
| 130. Verizon | A | Dividend | J | T | | | | | |
| 131. Visa | A | Dividend | J | T | | | | | |
| 132. Wallgreen | A | Dividend | J | T | | | | | |
| 133. Key Bank Small Cap Fund | B | Distribution | K | T | | | | | |
| 134. Harbor Intl Fund | A | Dividend | J | T | | | | | |
| 135. Harbor Intl Fund | A | Dividend | J | T | Buy<br>(add'l) | 11/25/11 | K | | |
| 136. Inshares Emerging Mkts | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Inshares Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 11/29/11 | K | | |
| 138.  Powershares Commodity Index | | None | J | T | | | | | |
| 139.  Royce Special Equity | A | Dividend | K | T | | | | | |
| 140.  SPDR Gold Trust | | | J | T | Sold | 11/29/11 | K | D | |
| 141.  Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 142. | | | | | | | | | |
| 143.  Insurance Policies | | | | | | | | | |
| 144.  New York Life | B | Dividend | M | U | | | | | |
| 145.  New York Life | B | Dividend | L | U | | | | | |
| 146.  MONY | A | Dividend | J | U | | | | | |
| 147.  Washington National Life | A | Dividend | J | U | | | | | |
| 148. | | | | | | | | | |
| 149.  Keybank Account | | | | | | | | | |
| 150.  Annaly Cap. Mgmt | A | Dividend | J | T | Buy | 01/27/11 | J | | |
| 151.  Apache Corp | A | Dividend | K | T | | | | | |
| 152.  Apple Corp | | None | K | T | | | | | |
| 153.  Apple Corp | | | | | Sold (part) | 12/27/11 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CVS/Caremark | A | Dividend | J | T | | | | | |
| 155. Camden National | B | Dividend | L | T | | | | | |
| 156. Costco Wholesale | A | Dividend | J | T | | | | | |
| 157. Cooper Indus | | | J | T | Sold | 08/11/11 | J | C | |
| 158. Devon Energy | A | Dividend | K | T | | | | | |
| 159. Duke Energy | A | Dividend | J | T | | | | | |
| 160. Exelon Corp | | | J | T | Sold | 11/23/11 | J | C | |
| 161. Exxon Mobil | A | Dividend | K | T | | | | | |
| 162. Exxon Mobil | | | K | T | Sold (part) | 12/27/11 | K | D | |
| 163. Forrest Labs Inc | | None | J | T | Sold | 12/27/11 | J | | |
| 164. F5 Networks, Inc. | | None | J | T | Buy | 11/23/11 | J | | |
| 165. General Dynamics | A | Dividend | J | T | | | | | |
| 166. Gen Mills | A | Dividend | J | T | | | | | |
| 167. H.J. Heinz Co | A | Dividend | J | T | Buy | 11/29/11 | J | | |
| 168. Gilead Sciences | | | J | T | Sold | 12/27/11 | J | B | |
| 169. Granger, W.W. Inc | | | J | T | Sold | 11/23/11 | K | D | |
| 170. Honeywell Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Juniper Networks | | None | J | T | Buy | 11/29/11 | J | | |
| 172. Illonois Tool Works | | | J | T | Sold | 11/23/11 | J | A | |
| 173. Leggett & Platt | | | J | T | Sold | 11/23/11 | J | | |
| 174. Kraft Foods | A | Dividend | J | T | Buy | 11/29/11 | J | | |
| 175. Lowes Corp | A | Dividend | J | T | | | | | |
| 176. Nextera Energy | A | Dividend | J | T | | | | | |
| 177. Novartis AG | A | Dividend | J | T | Buy | 12/30/11 | J | | |
| 178. Oracle | A | Dividend | J | T | | | | | |
| 179. Pepsico | A | Dividend | K | T | | | | | |
| 180. Praxair | A | Dividend | K | T | | | | | |
| 181. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 182. Qualcom, Inc. | A | Dividend | J | T | Buy | 11/29/11 | | | |
| 183. Seimans AG Corp | A | Dividend | J | T | | | | | |
| 184. Southern Co | | | J | T | Sold | 11/23/11 | J | B | |
| 185. Staples Inc | A | Dividend | J | T | | | | | |
| 186. Stryker Corp | A | Dividend | J | T | | | | | |
| 187. Target Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Teva Pharmaceuticals | A | Dividend | K | T | | | | | |
| 189. Textron Inc | | | J | T | Sold | 11/23/11 | J | | |
| 190. 3M Corp | A | Dividend | K | T | | | | | |
| 191. Travelers Cos | A | Dividend | J | T | | | | | |
| 192. US Bancorp | A | Dividend | J | T | | | | | |
| 193. United Health Group | A | Dividend | J | T | | | | | |
| 194. Verizon | A | Dividend | J | T | | | | | |
| 195. Wellpoint | | | J | T | Sold | 11/23/11 | K | D | |
| 196. Wells Fargo | A | Dividend | J | T | | | | | |
| 197. Victory Special Value Fund | | | J | T | Sold | 05/13/11 | K | D | |
| 198. Harbor Int'l Fund | B | Dividend | L | T | Buy | 11/25/11 | L | | |
| 199. I Shares Mid-Cap | A | Dividend | K | T | Buy | 12/30/11 | L | | |
| 200. I Shares Small-Cap | A | Dividend | K | T | Buy | 12/30/11 | L | | |
| 201. Vangaurd Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 202. Victory Tax Free Money Market | A | Dividend | K | T | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544